**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRYAN GALES, *on behalf of himself and all others similarly situated*, | ) ) ) | CASE NO. 1:16-cv-00776 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| OPTIMUM OUTCOMES, INC., | ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF SETTLEMENT**

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: April 20, 2016

Respectfully submitted,

s/ David N. McDevitt
David N. McDevitt
Federal Bar No. 030761
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave D106-618
Mesa, AZ 85206
(602) 845-5969
(866) 317-2674 fax
dmcdevitt@consumerlawinfo.com

Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I certify that on April 20, 2016, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/ David N. McDevitt
David N. McDevitt