# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Bryan Gales

                        Plaintiff,

v.

Optimum Outcomes, Inc

                        Defendant.

Case No.: 1:16–cv–00776
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 25, 2016:

      MINUTE entry before the Honorable Jorge L. Alonso: A joint stipulation for voluntary dismissal has been filed. Defendants' motions to strike [19] and to dismiss [21] are stricken. This case is dismissed with prejudice. The status hearing date of 6/23/16 is stricken. Civil Case Terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.